# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

---

### THE FIRST NATIONAL BANK OF COOPERSTOWN, APPELLANTS, *v.* JANE A. TOMAJO AND OTHERS, RESPONDENTS.

*Referee — fees of — must be fixed by written agreement — entry of agreement in minutes not sufficient.*

APPEAL from an order made at a Special Term, denying a motion for a readjustment of costs.

This cause was tried before a referee, and on the trial it was stipulated between the counsel for the respective parties "that the referee shall be entitled to a just and reasonable compensation for his services, the amount of such compensation to be fixed by himself;" and the stipulation was entered on the minutes of the trial. The referee heard the cause, made his report and fixed his compensation at $575, which was paid to him by the prevailing party. The taxing officer allowed this sum in the bill of costs adjusted by him, and a motion was made at Special Term for a readjustment of the costs and to strike out the item. The motion was denied and an appeal has been taken from that order.

The court at General Term said : "It has just been held by the Supreme Court in the third department that an entry on the minutes of a referee of an agreement for his compensation beyond the legal rate is not sufficient, and that to be valid and effectual such an agreement must be signed by the parties or their attorneys. (*Chase* v. *James*, N. Y. W. Digest, vol. 7, No. 18, p. 415; *S. C.*, 16 Hun, 14.) We are inclined to concur in this view."

*Estes & Barnard,* for the appellants. *James E. Chandler,* for the respondents.

Opinion by DYKMAN, J.

BARNARD, P. J., concurred; GILBERT, J., not sitting.

Order reversed, with costs and disbursements.